# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-8015

Aneta Lennartson; Top Law, PLLC

Petitioners

v.

Brian J. Cristofono

Respondent

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01943)

**JUDGMENT**

Before SHEPHERD, WOLLMAN, and STRAS, Circuit Judges.

Petition for permission to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) has been considered by the court and is denied. Mandate shall issue forthwith.

December 15, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-8015

Aneta Lennartson and Top Law, PLLC

Petitioners

v.

Brian J. Cristofono

Respondent

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01943)

---

## MANDATE

In accordance with the judgment of 12/15/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 15, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit