# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 20-40994 |
| Brian J. Crisofono, | |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Aneta Lennartson and Top Law, PLLC, | Adv. No. 20-04094 |
| Plaintiffs, | |
| v. | |
| Brian J. Cristofono, | |
| Defendant. | |

## ORDER REGARDING ORDER TO SHOW CAUSE

At Minneapolis, Minnesota, December 16, 2020.

This adversary proceeding came on for a reconvened hearing before the Court regarding the Court's *sua sponte* Order to Show Cause, appearing at ECF No. 14. Appearances were as noted on the record. Following the close of argument, and based upon all of the files, records, and proceedings herein, the Court orally stated and recorded its decision in open court. Accordingly,

THE FOLLOWING SANCTIONS ARE HEREBY ORDERED:

1. Within 14 days of the date of this order, plaintiffs' counsel, Mr. Jeremy Cobb, shall issue a letter of apology – which will be docketed in both this adversary case and the debtor's main bankruptcy case – to both Mr. Nathan Hansen, debtor defendant's counsel, and to the Court.

2. Within 90 days of the date of this order, Mr. Jeremy Cobb will complete and submit appropriate proof of attendance and/or participation in three (3.0) hours of Continuing Legal Education credits on the topic(s) of professionalism and/or civility among the Bar, in accordance with the themes of the specific course examples enumerated by the Court on this record.

Dated: *December 16, 2020*

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/16/2020*
Lori Vosejpka, Clerk, by MJS